Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HARDENBROCK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | No. C 06 0956 PJH<br><br>Before the Honorable PHYLLIS J. HAMILTON<br><br>[~~PROPOSED~~] ORDER ~~VACATING AND/OR~~ CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date: JUNE 15, 2006<br>Conference Time: 2:30 p.m.<br>Location: Courtroom 3, 17TH Fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 15, 2006 Case Management Conference ("CMC") to October 19, 2006, at 2:30 p.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: 6/8/06

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / signature / Judge Phyllis J. Hamilton]*

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1